Opal I. Bradshaw, Administratrix of the Estate of
    Hugh Bradshaw, Deceased, Appellee, v. Philip P.
    Saporito, Appellant.

Gen. No. 47,141.

First District, Third Division.

June 21, 1957.

Rehearing denied September 20, 1957.

Released for publication September 30, 1957.

Frank T. Jordan, for appellant; McDermott, Will & Emery (John J. Cassidy, Jr., of counsel) for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.